UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

INLAND REAL ESTATE GROUP, LLC et al.

Plaintiffs,

v.

CITY OF RANCHO CUCAMONGA,

Defendant.

Case No. 5:21-cv-01656-SB-KK

**FINAL JUDGMENT**

For the reasons set forth in the separate order granting Defendant's motion to dismiss entered this day, it is

ORDERED AND ADJUDGED that Plaintiffs Inland Real Estate Group, LLC; Sheng Chang and Min Chang as Trustees of the Sheng and Min Chang Lifetime Trust Dated 1982; Maricic Family Limited Partnership; Anthony Maricic as Trustee of the MFL Land Trust #1; Anthony Maricic as Trustee of the MFL Land Trust #2; Constance Bredlau and Roy Bredlau as Trustees of the Bredlau Revocable Family Trust; Anthony Maricic; Christine Maricic; and Craneveyor Corp. shall take nothing on their claims against Defendant City of Rancho Cucamonga. Plaintiffs' claims are DISMISSED on the merits with prejudice.

This is a Final Judgment.

Dated: March 30, 2022

Stanley Blumenfeld, Jr.
United States District Judge

1